302 U.S. 739
 58 S.Ct. 141
 82 L.Ed. 571
 James S. COBURN, Grace K. Hugh, et al., petitioners,
v.
PHOENIX MUTUAL LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, et al.*
 No. 430.
 Supreme Court of the United States
 November 8, 1937
 
 Messrs. George D. Welles and Fred E. Fuller, both of Toledo, Ohio, for petitioners.
 
 
 1
 For opinion below, see Cramer v. Phoenix Mut. Life Ins. Co., 91 F.(2d) 141.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 778, 58 S.Ct. 263, 82 L.Ed. ——.